Court of Tennessee granted. *Mr. Russel R. Kramer* for petitioner. *Mr. James G. Johnson* for respondent.

No. 80. MAY ET AL. *v.* HAMBURG-AMERIKANISCHE PACKETFAHRT AKTIEN-GESELLSCHAFT. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. D. Roger Englar, Henry N. Longley, T. Catesby Jones,* and *F. Herbert Prem* for petitioners. *Messrs. John W. Griffin* and *Charles S. Haight* for respondent.

No. 101. ORMSBY ET AL., EXECUTORS, *v.* CHASE ET AL. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Robert T. McCracken, C. Brewster Rhoads,* and *Laurence H. Eldredge* for petitioners. *Messrs. Edward J. Fox* and *Edward J. Fox, Jr.,* for respondents.

No. 112. FEDERAL LAND BANK OF COLUMBIA, S.C., *v.* GAINES. October 9, 1933. Petition for writ of certiorari to the Supreme Court of North Carolina granted. *Messrs. I. M. Bailey, Harry D. Reed, J. S. Massenburg, Peyton R. Evans,* and *Miss May T. Bigelow* for petitioner. *Mr. M. R. McCown* for respondent.

No. 128. TEXAS & PACIFIC RY. CO. *v.* POTTORFF, RECEIVER. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. T. D. Gresham, Del W. Harrington,* and